IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                    No. CIV S-08-2810 KJM P

  vs.

HIGH DESERT STATE PRISON,

      Defendant.             ORDER

_____/

        Plaintiff has requested an extension of time to file his amended complaint and application to proceed in forma pauperis pursuant to the court's order of December 8, 2008.  On January 9, 2009, plaintiff filed his amended complaint but not his application to proceed in forma pauperis.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 5, 2009 request for an extension of time (Docket No. 9) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his application to proceed in forma pauperis.

DATED: January 14, 2009.

                                      U.S. MAGISTRATE JUDGE

2/md
holl2810.36