IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                             No. CIV S-08-2810 KJM P

     vs.

HIGH DESERT STATE PRISON, et al.

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On May 14, 2009, plaintiff filed a motion for a preliminary injunction or for a temporary restraining order (docket no. 21). The gravamen of the motion is that plaintiff is not receiving medicine or medical appliances for acute pain and for methicillin resistant staphylococcus aureus (MRSA). Although the complaint has been screened and service ordered on a number of defendants, including those identified in plaintiff's motion, service has not yet been effected. Under these circumstances, and given the nature of the claims made in the motion, the court will order a response from defendants to the motion, to be filed within five days of the entry of this order.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The defendants file a response to the motion for preliminary injunction or temporary restraining order (docket no. 21) within five days of the entry of this order; and

2. The Clerk of the Court is directed to serve a copy of this order on Rochelle East, Senior Assistant Attorney General.

DATED: May 15, 2009.

_____
U.S. MAGISTRATE JUDGE