IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

     Plaintiff,                     No. CIV S-08-2810 KJM P

     vs.

HIGH DESERT STATE PRISON,

     Defendant.                ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. He has filed a motion for a temporary restraining order or preliminary injunction, asking the court to order defendants to provide him adequate care and treatment for his serious medical conditions. On May 15, 2009, the court ordered that the nature of the claims in the motion required a prompt response from the defendants, even though they had not yet been served with the complaint in this action. The defendants have now filed a response.

        The most serious allegation in the motion for a temporary restraining order is that the defendants are not adequately treating plaintiff for methicillin resistant staphylococcus aureus (MRSA). The defendants have attached a letter from the prison's chief medical officer that addresses this allegation. However, the letter is not signed. Without assurance that the letter

/////

is an authentic statement of the chief medical officer's assessment of the plaintiff's condition, the court cannot accept it as part of the response. Therefore it will be stricken.

The court thus remains without a substantive response from the defendants regarding the plaintiff's treatment for MRSA. Therefore the court will allow the defendants an additional five days in which to resubmit a response.

Accordingly, IT IS HEREBY ORDERED that:

1. Attachment B to the defendants' response (docket no. 24) is stricken;

2. The defendants shall have five calendar days from the entry of this order in which to resubmit a response; and

3. The Clerk of Court is directed to serve a copy of this order on Rochelle East, Senior Assistant Attorney General.

DATED: June 10, 2009.

_____
U.S. MAGISTRATE JUDGE

4
holl4.order2