IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                     No. CIV S-08-2810 KJM P

   vs.

High Desert State Prison, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed April 21, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On April 30, 2009, plaintiff submitted the USM-285 forms but failed to submit eighteen of the twenty-one copies of the January 9, 2009 complaint that are required under the April 21 order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return a copy of the complaint submitted by plaintiff on April 30, 2009; and

/////

1

       2. Within thirty days, plaintiff shall submit to the court the eighteen copies of the January 9, 2009 complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: July 13, 2009.

_____
U.S. MAGISTRATE JUDGE

4/mp
holl2810.8f