IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,                    No. CIV S-08-2810 KJM P

   vs.

HIGH DESERT STATE PRISON,

      Defendant.               ORDER

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      By an order filed July 13, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and eighteen copies of his amended complaint, which are required to effect service on the defendants. On August 6, 2009, plaintiff submitted only six copies of the amended complaint.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to return the copy of the amended complaint filed by plaintiff on January 9, 2009; and

/////

/////

1

1  2. Within thirty days, plaintiff shall submit to the court the remaining twelve
2 copies of the January 9, 2009 amended complaint required to effect service. Failure to return the
3 copies within the specified time period will result in a recommendation that this action be
4 dismissed.
5 DATED: August 25, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
holl2810.8f(2)