IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                      No. 2:08-cv-2810 KJN P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff has filed his second request for an extension of time to file an opposition to defendants' March 17, 2010 motion to dismiss. Included in his request is a motion for access to the law library to make copies of his opposition to the motion to dismiss. It appears plaintiff has completed his opposition but, because plaintiff's opposition is 118 or 119 pages long, an unnamed staff person refused to provide plaintiff the photocopies he needs because it allegedly violates DOM § 101120.15. (May 24, 2010 Mot. at 3.) Plaintiff's opposition is presently due June 12, 2010. (April 12, 2010 Order.)

        Good cause appearing, defendants will be directed to respond to plaintiff's May 24, 2010 motion within seven days from the date of this order.

////

////

1

1      IT IS HEREBY ORDERED that within seven days from the date of this order,
2 defendants shall file a response to plaintiff's May 24, 2010 motion.
3 DATED: June 1, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holl2810.fb