IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                                    No. 2:08-cv-2810 KJN P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.                                <u>ORDER</u>

/

        On October 21, 2010, plaintiff filed a motion to proceed in forma pauperis. However, plaintiff was granted leave to proceed in forma pauperis by order filed April 21, 2009. (Dkt. No. 14.)  Plaintiff is advised that his in forma pauperis status will continue unless revoked by court order.  Accordingly, plaintiff's motion is unnecessary and will be denied.

        IT IS HEREBY ORDERED that plaintiff's October 21, 2010 motion is denied. (Dkt. No. 92.)

DATED:  November 4, 2010

                                              /s/ Kendall J. Newman
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

holl2810.den