IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                   No. 2:08-cv-2810 KJN P

    vs.

ROBIN DEZEMBER, et al.,         ORDER

    Defendants.

_____/

    On March 21, 2011, defendants filed a request for an order to conduct plaintiff's deposition via video conference. Good cause appearing, defendants' request to conduct the deposition of plaintiff via video conference is granted. Fed. R. Civ. P. 30(b)(4).

    IT IS HEREBY ORDERED that defendants' March 21, 2011 request (dkt. no. 110) is granted. Defendants are permitted to take plaintiff's deposition via video conference.

DATED: March 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holl2810.vid