IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN HOLLIS,

      Plaintiff,                 No. 2:08-cv-2810 GEB KJN P

      vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.           <u>ORDER</u>

          /

On July 22, 2011, plaintiff filed a request for a settlement conference as to his claims against defendants Audette, Koller, Ingwerson, and Plainer. By order filed July 29, 2011, defendants were ordered to inform the court of their position on plaintiff's motion for settlement conference. Defendants have not responded.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 22, 2011 request (dkt. no. 122) is granted; and

2. The Clerk of the Court shall serve a copy of this order on the Director of the ADA and Pro Bono Program for purposes of scheduling a settlement conference.

DATED: February 10, 2012

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

holl2810.set