UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,                  No. 2:08-cv-2810 GEB KJN P

    vs.

HIGH DESERT STATE PRISON,      **ORDER & WRIT OF HABEAS CORPUS**
et al.,                                    **AD TESTIFICANDUM**

        Defendants.
_____/

        Marvin Glenn Hollis, inmate # E-37508, a necessary and material witness in a settlement conference in this case on March 15, 2012, is confined in California State Prison, Sacramento, Prison Road, Represa, California, 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on March 15, 2012 at 1:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California State Prison, Sacramento, P. O. Box 290002, Represa, California, 95671:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  February 13, 2012

                                                        _____
                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE

/holl2810.841