IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,                  No. 2:08-cv-2810 GEB KJN P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.             ORDER

_____/

On March 15, 2012, a settlement conference was held before the Honorable Craig M. Kellison. The case settled. The court now orders that the dispositional documents be filed no later than sixty days from the date of this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

Accordingly, IT IS HEREBY ORDERED that dispositional documents shall be filed no later than sixty days from the date of this order.

DATED: March 16, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

holl2810.dsp